IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | Case No. 25-10511-JCM |
| Benjamin T. Aaron | ) | Chapter 13 |
| Debtor | ) | Document No. |
| Benjamin T. Aaron | ) | |
| Movant | ) | |
| v. | ) | |
| No Respondent | ) | |

# EMPLOYEE INCOME RECORDS
# FOR 1099 INCOME RECEIVED FROM
# RW WEISS TRUCKING LLC

Date: October 10, 2025

/s/ Bryan P. Keenan          .
Bryan P. Keenan, Esquire
Attorney for the Debtor
PA I.D. No. 89053
Bryan P. Keenan & Associates, P.C.
993 Greentree Road, Suite 201
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com

RW WEISS TRUCKING LLC

ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 9-5

TOTAL MILES          1330

$997.50

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 9-12

TOTAL MILES          1290

$967.50

# RW WEISS TRUCKING LLC

## ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 8-29

TOTAL MILES          1775

$1,331.25

RW WEISS TRUCKING LLC


ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 3-7


TOTAL MILES          1125


$843.75

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 3-14

TOTAL MILES           1370

$1,027.50

# RW WEISS TRUCKING LLC

## ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 3-21

| TOTAL MILES | 1405 |
|---|---|
| | $1,053.75 |

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

## DRIVER: BEN AARON

## WEEK OF 3-28

## TOTAL MILES          980

$735.00

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 4-4

TOTAL MILES          1560

$1,170.00

# RW WEISS TRUCKING LLC

## ESCORT  PAY SHEET

**DRIVER: BEN AARON**

**WEEK OF 4-11**

TOTAL MILES          1290

$967.50

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

**DRIVER: BEN AARON**

**WEEK OF 4-18**

**TOTAL MILES**          1695

$1,271.25

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

## DRIVER: BEN AARON

## WEEK OF 4-25

## TOTAL MILES          550

$412.50

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 5-2

TOTAL MILES          1860

$1,395.00

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 5-9

TOTAL MILES          1330

$997.50

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

## DRIVER: BEN AARON

## WEEK OF 5-16

## TOTAL MILES          990

$742.50

RW WEISS TRUCKING LLC

ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 5-23

TOTAL MILES          1250

$937.50

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 5-30

TOTAL MILES          1550

$1,162.50

RW WEISS TRUCKING LLC

ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 6-6

TOTAL MILES          1330

$997.50

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 6-13

| TOTAL MILES | 1590 |
|---|---|

$1,192.50

# RW WEISS TRUCKING LLC

## ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 6-20

TOTAL MILES          820

$615.00

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 6-27

| TOTAL MILES | 1550 |
|---|---|

$1,162.50

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 7-4

TOTAL MILES          940

$705.00

# RW WEISS TRUCKING LLC

## ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 7-11

TOTAL MILES          1225

$918.75

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 7-18

TOTAL MILES          1100

$825.00

RW WEISS TRUCKING LLC

ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 7-25

TOTAL MILES          1660

$1,245.00

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 8-1

TOTAL MILES          1335

$1,001.25

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 8-8

TOTAL MILES            900

$675.00

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 8-15

TOTAL MILES          1125

$843.75

# RW WEISS TRUCKING LLC

### ESCORT  PAY SHEET

DRIVER: BEN AARON

WEEK OF 8-22

TOTAL MILES          1825

$1,368.75