| Fill in this information to identify the case: | |
|---|---|
| Debtor 1: | Benjamin T. Aaron |
| Debtor 2 (Spouse, if filing): | |
| United States Bankruptcy Court for the: | Western    District of: PA |
| Case number: | 25-10511 |

FILED
2025 NOV -7 A 9: 46
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

# Proof of Claim Withdrawal Form

(DO NOT USE THIS FORM TO CEASE PAYMENTS FOR A CLAIM PAID IN FULL. PLEASE AMEND YOUR ORIGINAL CLAIM TO SHOW THE TOTAL AMOUNT THAT PAID THE CLAIM IN FULL)

| Part 1: | Identify the Claim |
|---|---|
| Creditor Name and Address: | Name: Pennsylvania American Water |
| | Street: P.O. Box 2798 |
| | City: Camden    State: NJ    Zip: 08101 |
| Court Claim Number (if known): | 9-1 |
| Date Claim Filed: | 10/16/2025 (mm/dd/yyyy) |
| Total Amount of Claim Filed: | $ 2,161.60 |

| Part 2: | Sign And Date |
|---|---|
| The person completing this form must sign and date it. | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above- referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.
Signed: *Cheryl Jemison*
Print: Cheryl Jemison
Date: 10/29/2025 (mm/dd/yyyy) |

**AMERICAN WATER**

PO Box 2798
Camden, NJ 08101

FIRST-CLASS MAIL
IMI
$000.74
10/29/2025 ZIP 08102
043M32206762

US Bankruptcy Court
5414 U.S Steel Tower
600 Grant St
Pittsburgh, PA 15219

WE KEEP LIFE FLOWING™