FILED
2025 NOV -7 A 9:46
CLERK
U.S. BANKRUPTCY COURT

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1: | Benjamin T. Aaron |
| Debtor 2 (Spouse, if filing): | |
| United States Bankruptcy Court for the: | Western  District of: PA |
| Case number: | 25-10511 |

# Proof of Claim Withdrawal Form

(DO NOT USE THIS FORM TO CEASE PAYMENTS FOR A CLAIM PAID IN FULL. PLEASE AMEND YOUR ORIGINAL CLAIM TO SHOW THE TOTAL AMOUNT THAT PAID THE CLAIM IN FULL)

| Part 1: | Identify the Claim |
|---|---|
| Creditor Name and Address: | Name: Pennsylvania American Water<br>Street: P.O. Box 2798<br>City: Camden    State: NJ    Zip: 08101 |
| Court Claim Number (if known): | 9-1 |
| Date Claim Filed: | 10/16/2025 (mm/dd/yyyy) |
| Total Amount of Claim Filed: | $ 2,161.60 |

| Part 2: | Sign And Date |
|---|---|
| The person completing this form must sign and date it. | I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.<br>Signed: *Cheryl Jemison*<br>Print: Cheryl Jemison<br>Date: 10/29/2025 (mm/dd/yyyy) |

SIGNED
11/7/25 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

SO ORDERED
November 07, 2025

John C. Melaragno, Judge  dak
United States Bankruptcy Court



United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10511-JCM |
| Benjamin Thomas Aaron | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Nov 07, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Benjamin Thomas Aaron, 301 Liberty Street, Clarion, PA 16214-1008 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16597015 | + Email/Text: csc.bankruptcy@amwater.com | Nov 07 2025 23:49:00 | Pennsylvania American Water, Po Box 2798, Camden, NJ 08101-2700 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 09, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 7, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bryan P. Keenan | on behalf of Debtor Benjamin Thomas Aaron keenan662@gmail.com melindap662@gmail.com;keenan.bryanp.r106644@notify.bestcase.com;ciennal662@gmail.com |
| Katie Housman | on behalf of Creditor Pennsylvania Housing Finance Agency Homeowner's Emergency Mortgage Assistance Program (PHFA-HEMAP) khousman@pkh.com |
| Matthew Fissel | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com  wbecf@brockandscott.com |

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Nov 07, 2025 | Form ID: pdf900 | Total Noticed: 2

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 5